UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-22570-CIV-MARTINEZ

STEVEN LEONARD, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

WHETSTONE HOLDINGS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, (ECF No. 9). It is hereby:

**ORDERED and ADJUDGED** that this action is **DISMISSED with prejudice**. This case is **CLOSED**, and all pending motions are **DENIED as moot**. Each party shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of February, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record